1064

[No. 22295-1-III. Division Three. September 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON BRET CONRAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00120-4, Salvatore F. Cozza, J., entered August 8, 2003. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.

[No. 23535-1-III. Division Three. September 14, 2006.]

*In the Matter of the Marriage of* JORJA LEE (TULLOCK) WILKINSON, *Appellant*, and SEAN DION TULLOCK, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-3-00115-8, Craig J. Matheson, J., entered January 10, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kato and Kulik, JJ.

[No. 23579-3-III. Division Three. September 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY G. PRESTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-03082-4, Jerome J. Leveque, J., entered November 17, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 23955-1-III. Division Three. September 14, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE P. EISENHART, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00170-9, Tari S. Eitzen, J., entered March 16, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.